UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-CR-392-3 (RCL) |
| | : | |
| ERIK SCOTT WARNER | : | |
| | : | |
| Defendants. | : | |

## GOVERNMENT'S OPPOSITION TO DEFENDANT ERIK WARNER'S MOTION TO RETAIN ROUGH NOTES AND EMAILS

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits its Opposition to defendant Erik Warner's Motion to Retain Rough Notes and Emails. ECF 226. Defendants Felipe Antonio "Tony" Martinez and Derek Kinnison joined the motion. ECF 232, 235. The Court should deny defendant's motion as moot. The government is well aware of its *Brady* obligations, as well as its obligations pursuant to the Jencks Act, and the Government intends to fulfill all of its obligations.

Moreover, under to Local Criminal Rule 16.1, the Court may not consider a "discovery motion . . . unless [the motion] states that defense counsel has previously requested the information sought from the attorney for the United States and that such attorney has not complied with the request." LCrR 16.1  Because defense counsel has not made a request for these handwritten notes, any motion to request or preserve them is not yet ripe under this Court's local rules.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

1

By: _____/s/_____
JASON M. MANNING
NY Bar No. 4578068
ANTHONY W. MARIANO
MA Bar No. 688559
Trial Attorneys, Detailees
601 D Street N.W.
Washington, DC 20530
(202) 514-6256
Jason.Manning@usdoj.gov
(202) 476-0319
Anthony.Mariano2@usdoj.gov