IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|  | ) |
| v. | ) Case No. 21-cr-392-RCL |
|  | ) |
| FELIPE ANTONIO MARTINEZ, et al., | ) |
|  | ) |
| Defendants. | ) |

**NOTICE OF FELIPE ANTONIO MARTINEZ'S FACILITY REQUEST**

Defendant Martinez, by counsel, respectfully requests that the Court recommend to the Bureau of Prisons that he be assigned to FCI Phoenix, in Phoenix, Arizona, where Martinez has been residing for work. Counsel neglected to make this request at the sentencing hearing and is grateful for the Court's consideration.

Dated: April 23, 2024                Respectfully submitted,

*/s/ Nicholas D. Smith*
Nicholas D. Smith (D.C. Bar No. 1029802)
1123 Broadway, Suite 909
New York, NY 10010
Phone: (917) 902-3869
nds@davidbsmithpllc.com


*Attorney for Tony Martinez*

**Certificate of Service**

I hereby certify that on the 23rd day of April, 2024, I filed the foregoing submission with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF user(s): Counsel of record.

And I hereby certify that I have mailed the document by United States mail, first class postage prepaid, to the following non-CM/ECF participant(s), addressed as follows: [none].

*/s/ Nicholas D. Smith*
Nicholas D. Smith (D.C. Bar No. 1029802)
1123 Broadway, Suite 909
New York, NY 10010
Phone: (917) 902-3869
nds@davidbsmithpllc.com

*Attorney for Tony Martinez*

2