# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. ) Criminal No. 1:21CR00392-005
)
Derek Kinnison )

## NOTICE OF APPEAL

Name and address of appellant:
Derek Dean Kinnison
212 Mohr street
Lake Elsinore Ca
92530

Name and address of appellant's attorney:
Nicolai Cocis
25026 Las Brisas Rd.
Murrieta CA 92562

Offense: 18USC 1512(k); 18USC 1512(c)(2); 18USC 1752(a)(1); 18USC 1752(a)(2)
18 USC 1512(c)(1)

Concise statement of judgment or order, giving date, and any sentence:
Jury trial; Convicted on all counts along with co-defendants
sentenced on 4-19-24. Was remanded following sentencing

Name and institution where now confined, if not on bail:
DC Jail

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

4-19-24 [signature]
DATE APPELLANT

[signature]
ATTORNEY FOR APPELLANT

| | |
|---|---|
| GOVT. APPEAL, NO FEE | ☐ |
| CJA, NO FEE | ☑ |
| PAID USDC FEE | ☐ |
| PAID USCA FEE | ☐ |

| | | |
|---|---|---|
| Does counsel wish to appear on appeal? | YES ☐ | NO ☑ |
| Has counsel ordered transcripts? | YES ☐ | NO ☑ |
| Is this appeal pursuant to the 1984 Sentencing Reform Act? | YES ☑ | NO ☐ |