UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

FELIPE ANTONIO "TONY" MARTINEZ,
and
RONALD MELE,

Defendants.

Case No. 21-CR-392-4, 6

## ORDER

Pursuant to the motion filed by the United States, it is hereby ordered that the Motion to Dismiss the Second Superseding Indictment against defendants Felipe Antonio "Tony" Martinez and Ronald Mele pursuant to Rule 48(a) with prejudice is GRANTED.

SO ORDERED this ____ day of _____, 2025.

_____
HONORABLE ROYCE C. LAMBERTH
United States District Court Judge